**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**SUN STATE OIL, INC.** **PLAINTIFF**

V. **CAUSE NO. 3:18-CV-635-CWR-FKB**

**L & C EXPRESS, LLC, ET AL.** **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court are the Report and Recommendation of the United States Magistrate Judge, Docket No. 82, and the parties' subsequent Joint Notice to the Court, Docket No. 83. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. Docket No. 82 at 3.

This Court, finding that there has been no submission of written objections by any party, hereby adopts the Report and Recommendation as the Order of this Court. Per the parties' Joint Notice, a Final Judgment in the amount of $51,850 will issue this day.

**SO ORDERED**, this the 2nd day of June, 2020.

                                                    s/ Carlton W. Reeves
                                                  UNITED STATES DISTRICT JUDGE